IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Quadeisa Williams,<br><br>      Plaintiff,<br><br>v.<br><br>Exeter Finance, LLC; Rent Recovery Solutions, LLC.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>      Defendants. | No. 1:23-cv-05220-MLB-JEM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

      Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC. ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims agaimst remaining Defendants remain pending.

Dated:  January 18, 2024

                                              */s/ Esther Oise*
                                              Esther Oise, Esq. (GA Bar #686342)
                                              Oise Law Group PC
                                              2635 Governors Walk Blvd.
                                              Snellville, GA 30078
                                              Email: oiselaw@gmail.com
                                              Telephone: (770) 895-3736
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*

**CERTIFICATE OF SERVICE**

2

I hereby certify that on January 18, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*