IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Quadeisa Williams,<br><br>      Plaintiff,<br><br>v.<br><br>Exeter Finance, LLC; Rent Recovery Solutions, LLC.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>      Defendants. | No. 1:23-cv-05220-MLB-JEM<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXETER FINANCE, LLC** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Exeter Finance, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated: February 1, 2024

                                              */s/ Esther Oise*
                                              Esther Oise, Esq. (GA Bar #686342)
                                              Oise Law Group PC
                                              2635 Governors Walk Blvd.
                                              Snellville, GA 30078
                                              Email: oiselaw@gmail.com
                                              Telephone: (770) 895-3736
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*