IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Quadeisa Williams,<br><br>     Plaintiff,<br><br>v.<br><br>Exeter Finance, LLC; Rent Recovery Solutions, LLC.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>     Defendants. | No. 1:23-cv-05220-MLB-JEM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

     Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims agaimst Rent Recovery Solutions, LLC remain pending.

     Dated:  February 8, 2024

                                                   */s/ Esther Oise*
                                                   Esther Oise, Esq. (GA Bar #686342)
                                                   Oise Law Group PC
                                                   2635 Governors Walk Blvd.
                                                   Snellville, GA 30078
                                                   Email: oiselaw@gmail.com
                                                   Telephone: (770) 895-3736
                                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    By: */s/ Esther Oise*