IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUADASIA WILLIAMS, )<br>)<br>   Plaintiff              )<br>)<br>vs.                       )<br>)<br>EXETER FINANCE, LLC, RENT )<br>RECOVERY SOLUTIONS, LLC, )<br>EQUIFAX INFOMRATION SERVICES, )<br>LLC, EXPERIAN, INFORMATION )<br>SOLUTIONS, INC., and TRANS UNION, )<br>LLC, )<br>)<br>   Defendants.    )<br>) | Civil Action File No.<br>1:23-CV-05220-MLB-JEM |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF RENT RECOVERY SOLUTIONS, LLC

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice of Rent Recovery Solutions, LLC by which all parties stipulate to the dismissal of all claims asserted against Rent Recovery Solutions, LLC in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 9th day of April 2024.

| **OISE LAW GROUP PC** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| /s/ Esther Oise <br> Esther Oise <br> Georgia Bar No. 686342 <br> (signed with express permission by Jonathan K. Aust) <br><br> 2635 Governors Walk Blvd. <br> Snellville, Georgia 30078 <br> Telephone: (770) 895-3736 <br> oiselaw@gmail.com <br><br> *Counsel for Plaintiff* | /s/ Jonathan K. Aust <br> Jonathan K. Aust <br> John H. Bedard, Jr. <br> Georgia Bar No. 043473 <br><br> 4844 River Green Parkway <br> Suite 310 <br> Duluth, Georgia 30096 <br> Telephone: (678) 253-187 <br> jaust@bedardlawgroup.com <br> jbedard@bedardlawgroup.com <br><br> *Attorney for Defendant Rent Recovery Solutions, LLC* |